**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 10 2015
JAMES W. McCORMACK, CLERK
By: [signature] DEP CLERK

RUSSELL LENAHAN

Plaintiff,

-against-

NATIONAL COMMERCIAL SERVICES, INC., a/k/a NCS LEGAL SERVICES

Defendant.

Case No.: 4:15CV84-JM

**JURY TRIAL DEMANDED**

This case assigned to District Judge Moody
and to Magistrate Judge Ray

## ORIGINAL COMPLAINT

Plaintiff Russell Lenahan ("Lenahan") by his undersigned counsel brings this action against Defendant National Commercial Services, Inc. ("NCS") and alleges as follows:

## INTRODUCTION

1. The United States Congress has found abundant evidence of the use of abusive, deceptive and unfair debt collection practices by many debt collectors and has determined that abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs and to invasions of individual privacy. Congress enacted the Fair Debt Collection Practices Act, 15 U.S.C. §§1692, et. seq. to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses.

2. Lenahan brings this action to challenge the actions of National Commercial Services, Inc., a debt collector, with regard to attempts by NCS to unlawfully and abusively collect a debt. The aforementioned conduct of NCS caused damage to Lenahan.

## STATEMENT OF JURISDICTION AND VENUE

3. The averments set forth in paragraphs 1-2 are adopted herein and incorporated as if set forth word for word.

4. Jurisdiction of this Court arises pursuant to 28 U.S.C. §1331 and 15 U.S.C. §1692k(d).

5. This action arises out of Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, et seq.

6. The actions alleged in this Complaint occurred within Mabelvale, Pulaski County, Arkansas.

7. Venue is proper pursuant to 28 U.S.C. §1391(b)(2) because the events giving rise to the claims occurred here, Plaintiff resides here, and Defendant transacts business here.

## PARTIES TO THE CLAIM

8. The averments set forth in paragraphs 1-7 are adopted herein and incorporated as if set forth word for word.

9. Lenahan is a resident of Mablevale, Pulaski County, Arkansas, and is a "consumer" as defined by 15 U.S.C. §1692a(3), and/or "any person" as defined by 15 U.S.C. §1692d.

10. National Commercial Services, Inc., a/k/a NCS Legal Services ("NCS") is a California corporation with its headquarters and principal place of business located at 6644 Valjean Ave., Ste. 100, Van Nuys, California 91406.

11. At the time of the incident described further herein, National Commercial Services, Inc., a/k/a NCS Legal Services ("NCS") was a foreign corporation duly authorized to conduct business in the State of Arkansas as a "debt collector," as that term is defined by 15 U.S.C. §1692a(6) and is registered and licensed with the Arkansas State Board of Collection Agencies, and attempting to collect a "debt," as defined in 15 U.S.C. §1692a(5).

12. NCS is being served via its registered agent:

Registered Agent Solutions, Inc.
16 W Center
Fayetteville, AR 72701

## FACTUAL BACKGROUND

13. The averments set forth in paragraphs 1-12 are adopted herein and incorporated as if set forth word for word.

14. Lenahan allegedly incurred a financial obligation with Nationwide Insurance which is a creditor as that term is defined by 15 U.S.C. § 1692a(4).

15. The alleged obligation was primarily for personal, family, or household purposes, which is an alleged "debt" as that term is defined by 15 U.S.C. § 1692a(5), namely a consumer debt.

16. Lenahan's alleged debt was consigned, placed or otherwise transferred to NCS for collection from Lenahan sometime before August 1, 2014.

17. On or about August 1, 2014, NCS sent a letter to Lenahan in an attempt to collect a debt and in connection with the collection of a debt. A copy of the letter is attached as **Exhibit "1"** and incorporated herein as if set forth word for word.

18. In the letter dated August 1, 2014, NCS wrote the following:

Re: Our client : Nationwide Insurance
Client Ref. No. : 6303C7469030217201001
Our File No : 001222047
Balance of Claim : $9135.94

***Broken Promise to Pay***

Dear RUSSELL LENAHAN

Please be advised that you have not honored any of your promises to pay or honored this obligation as discussed or agreed to prior. If you do not honor your agreement to pay, you may lose your privilege of making payments and/or litigation might become necessary to secure payment in full.

If you are unable to remit your payment, please do not hesitate to call our office to let us know your situation and we can help rectify the situation or extend the deadline, if possible.

We can still work this out amicably, please take advantage of this offer.

Online Payment: (Please visit https://secure.ncssubro.com:8443/payment)
Hours of operation – Pacific Standard Time: Mon-Fri 8:00 AM – 5:00 PM
North Carolina Permit # 102076

Sincerely,
GENIE RODRIGUEZ
818-701-4400 Ext. 121
*genie@ncslegalservices.com*
Subrogation Unit
S08

See **Exhibit "1"** (emphasis added)

19. Based upon information and belief, Genie Rodriguez is not a licensed attorney in Arkansas or any other state.

20. NCS violated 15 U.S.C. §§ 1692e(3) and 1692e(10) because NCS falsely represented or implied that the letter dated August 1, 2014 was from an attorney and/or law firm by using an email address genie*@ncslegalservices.com*. (emphasis added)

21. NCS violated 15 U.S.C. §§ 1692e(2)(A), 1692e(5), and 1692e(10) because NCS falsely implied and represented that it was going to file a lawsuit against Lenahan.

22. NCS's letter dated August 1, 2014 violated 15 U.S.C. §§1692e(10) and 1692j because NCS's letter falsely implied and represented that a law firm and/or an attorney was participating in the collection of the debt.

23. On or about August 6, 2014, NCS sent a letter to Lenahan in an attempt to collect a debt and in connection with the collection of a debt. A copy of the letter is attached as **Exhibit "2"** and incorporated herein as if set forth word for word.

24. In the letter dated August 6, 2014, NCS wrote the following:

> Re: Account No. : 0001222047
> Creditor : NATIONWIDE INSURANCE
> Balance of Claim : $9110.94 *
> Next Payment Amount : $25.00
> Next Payment Due Date : O8/15/14
>
> ********** Next Payment Reminder **********
>
> Thank you for your last payment. Your next payment is due in the amount and on the date as referenced above. If for any reason you are unable to keep the payment schedule as agreed, please do not hesitate to call our office.
>
> Your continued cooperation in resolving this matter is greatly appreciated.
>
> Online Payment: (Please visit https://secure.ncssubro.com:8443/payment)
> Hours of operation – Pacific Standard Time: Mon-Fri 8:00 AM – 5:00 PM
> North Carolina Permit # 102076
>
> Sincerely,
>
> GENIE RODRIGUEZ
> 818-701-4400 Ext. 121
> *INFO@NCSLEGALSERVICES.COM*
> Subrogation Unit
> G07

See **Exhibit "2"** (emphasis added)

25. Based upon information and belief, Genie Rodriguez is not a licensed attorney in Arkansas or any other state.

26. NCS violated 15 U.S.C. §§ 1692e(3) and 1692e(10) because NCS falsely represented or implied that the letter dated August 6, 2014 was from an attorney and/or law firm by using an email address genie@*ncslegalservices.com*. (emphasis added)

27. NCS violated 15 U.S.C. §§ 1692e(2)(A), 1692e(5), and 1692e(10) because NCS falsely implied and represented that it was going to file a lawsuit against Lenahan.

28. NCS's letter dated August 6, 2014 violated 15 U.S.C. §§1692e(10) and 1692j because NCS's letter falsely implied and represented that a law firm and/or an attorney was participating in the collection of the debt.

29. On or about September 19, 2014, NCS sent a letter to Lenahan in an attempt to collect a debt and in connection with the collection of a debt. A copy of the letter is attached as **Exhibit "3"** and incorporated herein as if set forth word for word.

30. In the letter dated September 19, 2014, NCS wrote the following:

> Re: Our client : Nationwide Insurance
> Client Ref. No. : 6303C7469030217201001
> Account No. : 0001222047
> Balance of Claim : $9110.94 *
>
> ************************************************
> Notice: Your Drivers License May be Subject to Suspension
> ************************************************
>
> State Law provides that any uninsured driver involved in an automobile accident may have their license suspended per the Financial Responsibility Law in your state. If a Judgment is obtained against you, your Driver's License may be suspended for the duration of the Judgment. If your Driver's License is suspended, operation of any vehicle will be a violation of the law.
>
> We have previously communicated with you regarding the above referenced claim without acceptable results. Unless you contact our office immediately in

order to either pay the balance in full or make acceptable payments, we will begin immediate steps in order to protect our client's interests. Please be advised that any and all costs, including attorney fees we incur may be added to the amount you owe.

This is your final opportunity to resolve this matter in an amicable manner. You have ten (10) days from the date of this letter to respond.

Online Payment: (Please visit https://secure.ncssubro.com:8443/payment)
Hours of operation – Pacific Standard Time: Mon-Fri 8:00 AM – 5:00 PM
North Carolina Permit # 102076

Sincerely,
GENIE RODRIGUEZ
818-701-4400 Ext. 121
*genie@ncslegalservices.com*
Subrogation Unit
S12

See **Exhibit "3"** (emphasis added)

31. Based upon information and belief, Genie Rodriguez is not a licensed attorney in Arkansas or any other state.

32. NCS violated 15 U.S.C. §§ 1692e(3) and 1692e(10) because NCS falsely represented or implied that the letter dated September 19, 2014 was from an attorney and/or law firm by using an email address genie@*ncslegalservices.com*. (emphasis added)

33. NCS violated 15 U.S.C. §§ 1692e(2)(A), 1692e(5), and 1692e(10) because NCS falsely implied and represented that it was going to file a lawsuit against Lenahan.

34. NCS's letter dated September 19, 2014 violated 15 U.S.C. §§1692e(10) and 1692j because NCS's letter falsely implied and represented that a law firm and/or an attorney was participating in the collection of the debt.

35. NCS's letter dated September 19, 2014 violated 15 U.S.C. §§ 1692d, 1692e(2)(A), 1692e(3), 1692e(5) and 1692e(10) of the FDCPA because NCS threatened to take legal action against Lenahan and threatened to suspend Lenahan's driver's license when NCS did

not intend to take such action against Lenahan and NCS could not legally take such action against Lenahan.

36. On or about October 9, 2014, NCS sent a letter to Lenahan in an attempt to collect a debt and in connection with the collection of a debt. A copy of the letter is attached as **Exhibit "4"** and incorporated herein as if set forth word for word.

37. In the letter dated October 9, 2014, NCS wrote the following:

> Re: Our client : Nationwide Insurance
> File No : 0001222047
> Total Due : $9135.94
>
> Please be advised that your account has been referred to our internal Legal Department for review. The referral of this matter takes place only after traditional collection efforts have been exhausted.
>
> If our Legal Department does indeed qualify your account for litigation and there has not been a resolution as to the outstanding claims, we will assign the file to one of our contracted attorneys in your area to commence litigation.
>
> It is our sincere desire to avoid the time, expense and inconvenience to all parties brought about by a lawsuit. In that respect, we are willing to consider all reasonable proposals.
>
> Please contact our offices within ten (10) days from the date of this letter in order to resolve this matter without further action. We look forward to your prompt reply.
>
> For online payments, please visit our website at *www.ncslegalservices.com.*
>
> Sincerely,
>
> GENIE RODRIGUEZ
> 818-701-4400 Ext. 121
> *genie@ncslegalservices.com*
> Subrogation Unit
> A14
>
> See **Exhibit "4"** (emphasis added)

38. Based upon information and belief, Genie Rodriguez is not a licensed attorney in Arkansas or any other state.

39. NCS violated 15 U.S.C. §§ 1692e(3) and 1692e(10) because NCS falsely represented or implied that the letter dated October 9, 2014 was from an attorney and/or law firm by using an email address genie@*ncslegalservices.com*. (emphasis added)

40. NCS violated 15 U.S.C. §§ 1692e(2)(A), 1692e(5), and 1692e(10) because NCS falsely implied and represented that it was going to file a lawsuit against Lenahan.

41. NCS's letter dated October 9, 2014 violated 15 U.S.C. §§1692e(10) and 1692j because NCS's letter falsely implied and represented that a law firm and/or an attorney was participating in the collection of the debt.

42. The alleged debt arose out of a subrogation insurance claim against Lenahan arising from a motor vehicle accident.

43. The date of the accident that gave rise to the subrogation claim occurred on March 29, 2009.

44. Under Arkansas law, a lawsuit arising from negligence must be filed within three years from the date of the incident. See Ark. Code Ann. §16-56-105.

45. By threating legal action against Lenahan that is outside the applicable statute of limitations, NCS is in violation of 15 U.S.C. §1692e(5) by threating action that cannot legally be taken.

46. On or about October 24, 2014, NCS sent a letter to Lenahan in an attempt to collect a debt and in connection with the collection of a debt. A copy of the letter is attached as **Exhibit "5"** and incorporated herein as if set forth word for word.

47. In the letter dated October 24, 2014, NCS wrote the following:

> Re: Our Client : NATIONWIDE INSURANCE
> Our File No : 0001222047
> Principle Balance : $6855.20
> Interest : $2255.74
> Total Due : $9110.94
>
> Our previous demands for payment in full have been ignored. Your failure to cooperate can only make matters worse and may add to the already existing debt. If you intend to pay this account, please do so today.
>
> This account will be reported to Equifax, Transunion and Experian within 30 days of the date this account was placed in our office.
>
> For online payments, please visit our website at *www.ncslegalservices.com.*
>
> Hours of operation – Pacific Standard Time: Mon-Fri 8:00 AM – 5:00 PM
>
> Sincerely,
>
> RYAN KEYAERTS
> 818-701-4400 Ext. 164
> *genie@ncslegalservices.com*
> C02

48. Based upon information and belief, Ryan Keyaerts nor Genie Rodriguez is not a licensed attorney in Arkansas or any other state.

49. NCS violated 15 U.S.C. §§ 1692e(3) and 1692e(10) because NCS falsely represented or implied that the letter dated October 9, 2014 was from an attorney and/or law firm by using an email address genie@*ncslegalservices.com*. (emphasis added)

50. NCS violated 15 U.S.C. §§ 1692e(2)(A), 1692e(5), and 1692e(10) because NCS falsely implied and represented that it was going to file a lawsuit against Lenahan.

51. NCS's letter dated October 24, 2014 violated 15 U.S.C. §§1692e(10) and 1692j because NCS's letter falsely implied and represented that a law firm and/or an attorney was participating in the collection of the debt.

52. NCS violated 15 U.S.C. §§ 1692e(2)(A), 1692e(2)(B) and 1692e(10) when NCS attempted to collect interest on the debt because NCS was not expressly authorized by the agreement which created the debt and NCS was not permitted to collect interest on the debt by law.

53. NCS is in violation of 15 U.S.C. §1692e(10) by making false representations and engaging in deceptive means in attempting to collect the debt by its inability to document any agreement between Lenahan and any creditor.

## CAUSES OF ACTION

## COUNT I.

## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT 15 U.S.C. § 1692 ET SEQ.

54. The averments set forth in paragraphs 1-53 are adopted herein and incorporated as if set forth word for word.

55. The foregoing acts of NCS constitute distinct violations of the FDCPA against Lenahan herein, including but not limited to, each and every one of the above cited provisions of the FDCPA, 15 U.S.C. §1692 *et seq*.

56. As a result of the violations of the FDCPA, Lenahan has suffered actual damages in the form of humiliation, anger, anxiety, emotional distress, fear, frustration and embarrassment, amongst other negative emotions, and, therefore, Lenahan is entitled to actual damages pursuant to 15 U.S.C. §1692k(a)(1).

57. As a result of the violations of the FDCPA, Lenahan is entitled to statutory damages of $1,000.00 from NCS as well as Lenahan's attorney fees and costs pursuant to 15 U.S.C. §1692k(a)(2)(A) and 15 U.S.C. §1692k(a)(3).

**DEMAND FOR JURY TRIAL**

58. The averments set forth in paragraphs 1-57 are adopted herein and incorporated as if set forth word for word.

59. Lenahan demands a trial by jury on all alleged counts.

**PRAYER FOR RELIEF**

**WHEREFORE**, Lenahan prays the Court enter judgment in his favor, grant him an award of statutory damages pursuant to the FDCPA, actual damages, as well as attorney fees and costs.

Respectfully submitted,

By: ______________________

Todd Wooten, Esq. ABN 94034
**WOOTEN LAW FIRM**
2226 Cottondale Lane, Suite 210
Little Rock, Arkansas 722202
Telephone: (501) 218-6064
todd@wootenlaw.net

and

By: ______________________

J.R. Andrews, Esq. ABN 92041
Attorney at Law
2014 Martha Drive
Little Rock, Arkansas 72212
Telephone: (501) 680-3634
jrandrewsatty@yahoo.com

Attorneys for Plaintiff

**VERIFICATION OF COMPLAINT AND CERTIFICATION**

State of Arkansas )
) ss
County of Pulaski )

Pursuant to 28 U.S.C. § 1746, Plaintiff Russell Lenahan, having been duly sworn and upon oath, verifies, certifies, and declares as follows:

1. I am a Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after a reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complant.
5. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified, or fabricated these exhibits, except that some of the attached exhibits may contain some of my handwritten notations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2 (Month) 10 (Day), 2015 (Year)

[signature]
Signature

NATIONAL COMMERCIAL SERVICES, INC.
6644 VALJEAN AVE. SUITE 100
VAN NUYS, CA 91406
PHONE (888)355-4400 FAX (818)701-4411

AUGUST 1, 2014

0001222047
RUSSELL LENAHAN
PO BOX 65
MABELVALE AR 72103

RE: Our Client :NATIONWIDE INSURANCE
Client Ref. No. :6303C7469030217201001
Our File No :0001222047
Balance of Claim:$9135.94 *

***Broken Promise to Pay***

Dear RUSSELL LENAHAN

Please be advised that you have not honored any of your promises to pay or honored this obligation as discussed or agreed to prior. If you do not honor your agreement to pay, you may lose your privilege of making payments and/or litigation might become necessary to secure payment in full.

If you are unable to remit your payment, please do not hesitate to call our office to let us know your situation and we can help rectify the situation or extend the deadline, if possible.

We can still work this out amicably, please take advantage of this offer.

Online Payment: (Please visit https://secure.ncssubro.com:8443/payment)
Hours of operation - Pacific Standard Time: Mon-Fri 8:00 AM - 5:00 PM
North Carolina Permit # 102076

Sincerely,
GENIE RODRIGUEZ
818-701-4400 Ext. 121
genie@ncslegalservices.com
Subrogation Unit
S08

---

For your convenience, NCS offers Auto-Pay. To set up Auto-Pay, please fill out the blanks as indicated, sign your name, and include a form of payment:

I, ______________________________, hereby authorize your office to deduct the amount specified in my payment plan on the _____ day of each month until such time as the account balance is paid in full. Signature:_____________________________________

Auto-Pay can be done via the following options:
Option 1. Credit Card (4% processing fee may be assessed, except in NV, WI, CO & NC)
Card #____________________________ Expiration: ____/____

Option 2. Automatic Check Debit: ($5 fee may be assessed, except in NV, WI, CO & NC)
(Please attach copy of check to this notice)

* The above figure represents the current balance of the claim at this time. Should there be additional client disbursements, the balance may increase.



NATIONAL COMMERCIAL SERVICES, INC.
6644 VALJEAN AVE. SUITE 100
VAN NUYS, CA 91406
PHONE (888)355-4400 FAX (818)701-4411

AUGUST 6, 2014

0001222047
RUSSELL LENAHAN
PO BOX 65
MABELVALE AR 72103

Account No. :0001222047
Creditor :NATIONWIDE INSURANCE
Balance of Claim :$9110.94 *
Next Payment Amount :$25.00
Next Payment Due Date:08/15/14

********** Next Payment Reminder **********

Thank you for your last payment. Your next payment is due in the amount and on the date as referenced above. If for any reason you are unable to keep the payment schedule as agreed, please do not hesitate to call our office.

Your continued cooperation in resolving this matter is greatly appreciated.

For online payments, please visit us at https://secure.ncssubro.com:8443/payment
Hours of operation - Pacific Standard Time: Mon-Fri 8:00 AM - 5:00 PM
North Carolina Permit # 102076

Sincerely,

GENIE RODRIGUEZ
818-701-4400 Ext. 121
INFO@NCSLEGALSERVICES.COM
G07

---

For your convenience, NCS offers Auto-Pay. To set up Auto-Pay, please fill out the blanks as indicated, sign your name, and include a form of payment:

I, ______________________________, hereby authorize your office to deduct the amount specified in my payment plan on the _____ day of each month until such time as the account balance is paid in full. Signature:____________________________________

Auto-Pay can be done via the following options:
Option 1. Credit Card (4% processing fee may be assessed, except in NV, WI, CO & NC)
Card #___________________________ Expiration: ____/____

Option 2. Automatic Check Debit: ($5 fee may be assessed, except in NV, WI, CO & NC)
(Please attach copy of check to this notice)

* The above figure represents the current balance of the claim at this time. Should there be any additional client disbursements, the balance may increase.

EXHIBIT
2

NATIONAL COMMERCIAL SERVICES, INC.
6644 VALJEAN AVE. SUITE 100
VAN NUYS, CA 91406
PHONE (888)355-4400 FAX (818)701-4411

SEPTEMBER 19, 2014

RUSSELL LENAHAN
PO BOX 65
MABELVALE AR 72103

Our Client :NATIONWIDE INSURANCE
Client Ref. No. :6303C7469030217201001
Account No. :0001222047
Balance of Claim:$9110.94 *

*********************************************************
Notice: Your Drivers License May Be Subject To Suspension
*********************************************************

State law provides that any uninsured driver involved in an automobile accident may have their license suspended per the Financial Responsibility Law in your state. If a Judgment is obtained against you, your Driver's license may be suspended for the duration of the Judgment. If your Driver's license is suspended, operation of any vehicle will be a violation of the law.

We have previously communicated with you regarding the above referenced claim without acceptable results. Unless you contact our office immediately in order to either pay the balance in full or make acceptable payment arrangements, we will begin immediate steps in order to protect our client's interests. Please be advised that any and all costs, including attorney fees we incur may be added to the amount you owe.

This is your final opportunity to resolve this matter in an amicable manner. You have ten (10) days from the date of this letter to respond.

Online Payment: (Please visit https://secure.ncssubro.com:8443/payment)
Hours of operation - Pacific Standard Time: Mon-Fri 8:00 AM - 5:00 PM
North Carolina Permit # 102076

Sincerely,
GENIE RODRIGUEZ
818-701-4400 Ext. 121
genie@ncslegalservices.com
Subrogation Unit
S12

---

For your convenience, NCS offers Auto-Pay. To set up Auto-Pay, please fill out the blanks as indicated, sign your name, and include a form of payment:
I, ____________________________, hereby authorize your office to deduct the amount specified, $_________, on the ____ day of each month until such time as the account balance is paid in full. Signature:_____________________________________

Auto-Pay can be done via the following options:
Option 1. Credit Card (4% processing fee may be assessed, except in NV, WI, CO & NC)
Card #____________________________ Expiration: ____/____
Option 2. Automatic Check Debit: ($5 fee may be assessed, except in NV, WI, CO & NC)
(Please attach copy of check to this notice)

* The above figure represents the current balance of the claim at this time. Should there be any additional client disbursements, the balance may increase.



**NATIONAL COMMERCIAL SERVICES, INC.**
**6644 Valjean Ave. Suite 100**
**Van Nuys, Ca 91406**
**Phone (888) 355-4400 Fax (818) 701-4411**

OCTOBER 9, 2014

RUSSELL LENAHAN
PO BOX 65
MABELVALE AR 72103

RE: Client :NATIONWIDE INSURANCE
File No. :0001222047
Total Due:$9110.94

Please be advised that your account has been referred to our internal Legal Department for review. The referral of this matter takes place only after traditional collection efforts have been exhausted.

If our Legal Department does indeed qualify your account for litigation and there has not been a resolution as to the outstanding claims, we will assign the file to one of our contracted attorneys in your area to commence litigation.

It is our sincere desire to avoid the time, expense and inconvenience to all parties brought about by a lawsuit. In that respect, we are willing to consider all reasonable proposals.

Please contact our offices within ten (10) days from the date of this letter in order to resolve this matter without further action. We look forward to your prompt reply.

For online payments, please visit our website at www.ncslegalservices.com.

Sincerely,

GENIE RODRIGUEZ
818-701-4400 Ext. 121
genie@ncslegalservices.com
A14

---

For your convenience, NCS offers Auto-Pay. To set up Auto-Pay, please fill out the blanks as indicated, sign your name, and include a form of payment:

I, ______________________________, hereby authorize your office to deduct the amount specified, $_________, on the _____ day of each month until such time as the account balance is paid in full.
Signature:_____________________________________

Auto-Pay can be done via the following options:
Option 1. Credit Card: (4% processing fee may be assessed, except in NV, WI, CO & NC)
Card #____________________________ Expiration: ____/____

Option 2. Automatic Check Debit: ($5 fee may be assessed, except in NV, WI, CO & NC)
(Please attach copy of check to this notice)





This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose. If no dispute as to the validity of the debt is received within thirty days of receipt of this notice, the debt will be assumed valid. If you notify us in writing within the thirty-day period that the debt, or any portion thereof, is disputed, we will obtain verification of the debt or a copy of the Judgment and a copy of such verification or Judgment will be mailed to you by our office. Upon written request within the thirty-day period, we will provide you with the name and address of the original creditor, if different from the current creditor. If you owe more than one debt, any payment you make must be applied to the debt you choose.

The State Rosenthal Fair Debt Collection Practices Act and The Federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. Collectors may not place telephone calls without full disclosure of the Collection agency's identity. For the most part, collectors may not tell another person, other than your attorney or spouse about your debt. Collectors may contact another person to confirm your location or enforce a Judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. Non profit credit counseling services may be available in the area. An investigative consumer report, which includes information as to your character, general reputation, personal characteristics and mode of living, has been requested. You have the right to request additional information, which includes the nature and scope of the investigation.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. We will not submit a negative credit report to a credit reporting agency about the credit obligation until the expiration of the time period described on the front of this letter.

Notice of important rights: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.

A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any action authorized by law to collect the debt.

This letter has been approved by The Commonwealth of Massachusetts Commissioner of Banks, the State of Maine Office of Consumer Credit Regulations, the State of Nevada Supervisory Examiner of the Nevada Financial Institutions Division, the Manager of the New Mexico Office of Financial Divisions, the State of North Carolina Department of Insurance, the State of Wisconsin Division of Banking and has been inspected by the Department of Commerce's Registration and Licensing Division.

This collection agency is licensed by the Minnesota Department of Commerce, the State of Tennessee Collection Service Board of the Department of Commerce and Insurance, the State of Washington at the following address: 3400 Capitol Blvd., Ste #101 Olympia, WA 98507, the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org. New York City Department of Consumer Affairs License Number 954589320. North Carolina Permit: 102076.

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA. Colorado Office: Manager: Ruth Schirmer, Colorado Manager, Inc., 80 Garden Center, Ste. 3, Broomfield, Co 80020. Phone 303-920-4763.

**NATIONAL COMMERCIAL SERVICES, INC.**
**6644 Valjean Ave. Suite 100**
**Van Nuys, Ca 91406**
**Phone (888) 355-4400 Fax (818) 701-4411**

OCTOBER 24, 2014

RUSSELL LENAHAN
PO BOX 65
MABELVALE AR 72103

RE: Our Client :NATIONWIDE INSURANCE
Our File No. :0001222047
Principal Balance:$6855.20
Interest :$2255.74
Total Due :$9110.94

Our previous demands for payment in full have been ignored. Your failure to cooperate can only make matters worse and may add to the already existing debt. If you intend to pay this account, please do so today.

This account will be reported to Equifax, Transunion and Experian within 30 days of the date this account was placed in our office.

For online payments, please visit our website at www.ncslegalservices.com.

Hours of operation - Pacific Standard Time: Mon-Fri 8:00 AM - 5:00 PM

Sincerely,

RYAN KEYAERTS
818-701-4400 Ext. 164
genie@ncslegalservices.com
C02

---

For your convenience, NCS offers Auto-Pay. To set up Auto-Pay, please fill out the blanks as indicated, sign your name, and include a form of payment:

I, ______________________________, hereby authorize your office to deduct the amount specified, $_________, on the _____ day of each month until such time as the account balance is paid in full.
Signature:_______________________________________

Auto-Pay can be done via the following options:
Option 1. Credit Card: (4% processing fee may be assessed, except in NV, WI, CO & NC)
Card #_____________________________ Expiration: ____/____

Option 2. Automatic Check Debit: ($5 fee may be assessed, except in NV, WI, CO & NC)
(Please attach copy of check to this notice)





This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose. If no dispute as to the validity of the debt is received within thirty days of receipt of this notice, the debt will be assumed valid. If you notify us in writing within the thirty-day period that the debt, or any portion thereof, is disputed, we will obtain verification of the debt or a copy of the Judgment and a copy of such verification or Judgment will be mailed to you by our office. Upon written request within the thirty-day period, we will provide you with the name and address of the original creditor, if different from the current creditor. If you owe more than one debt, any payment you make must be applied to the debt you choose.

The State Rosenthal Fair Debt Collection Practices Act and The Federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. Collectors may not place telephone calls without full disclosure of the Collection agency's identity. For the most part, collectors may not tell another person, other than your attorney or spouse about your debt. Collectors may contact another person to confirm your location or enforce a Judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. Non profit credit counseling services may be available in the area. An investigative consumer report, which includes information as to your character, general reputation, personal characteristics and mode of living, has been requested. You have the right to request additional information, which includes the nature and scope of the investigation.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. We will not submit a negative credit report to a credit reporting agency about the credit obligation until the expiration of the time period described on the front of this letter.

Notice of important rights: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.

This letter has been approved by The Commonwealth of Massachusetts Commissioner of Banks, the State of Maine Office of Consumer Credit Regulations, the State of Nevada Supervisory Examiner of the Nevada Financial Institutions Division, the Manager of the New Mexico Office of Financial Divisions, the State of North Carolina Department of Insurance, the State of Wisconsin Division of Banking and has been inspected by the Department of Commerce's Registration and Licensing Division.

This collection agency is licensed by the Minnesota Department of Commerce, the State of Tennessee Collection Service Board of the Department of Commerce and Insurance, the State of Washington at the following address: 3400 Capitol Blvd., Ste #101 Olympia, WA 98507, the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org. New York City Department of Consumer Affairs License Number 954589320. North Carolina Permit: 102076.