# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| RUSSELL LENAHAN<br><br>　　　　　Plaintiff,<br><br>　-against-<br><br>NATIONAL COMMERCIAL SERVICES, INC., a/k/a NCS LEGAL SERVICES<br><br>　　　　　Defendant. | Civil Action No. 4:15-cv-00084 JM<br><br>**NOTICE OF SETTLEMENT AND REQUEST FOR CONTINUING JURISDICTION** |

## NOTICE OF SETTLEMENT AND REQUEST FOR CONTINUING JURISDICTION

**PLEASE TAKE NOTICE** that the above-referenced matter has been resolved between the parties pending the exchange and approval of final settlement papers.  Plaintiff respectfully requests that the Court retain continuing jurisdiction over this matter pending the prompt filing of a Stipulation / Notice of Dismissal herein.

Dated: March 24, 2015

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　By:/s/ ToddWooten_____
　　　　　　　　　　　　　　　　　　　　　　　Todd Wooten, Esq.   ABN 94034
　　　　　　　　　　　　　　　　　　　　　　　**WOOTEN LAW FIRM**
　　　　　　　　　　　　　　　　　　　　　　　2226 Cottondale Lane, Suite 210
　　　　　　　　　　　　　　　　　　　　　　　Little Rock, Arkansas 722202
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (501) 218-6064
　　　　　　　　　　　　　　　　　　　　　　　todd@wootenlaw.net

　　　　　　　　　　　　　　　　　　　　　　　and

By:/s/ J.R. Andrews_____
J.R. Andrews, Esq.  ABN 92041
Attorney at Law
2014 Martha Drive
Little Rock, Arkansas 72212
Telephone: (501) 680-3634
jrandrewsatty@yahoo.com

Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

     I hereby certify that on this 24th day of March, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following: J.R. Andrews, Esq., and I hereby certify that I have e-mailed the document to the following non CM/ECF participants::

Natalie Mansour-White
Senior Vice President & Chief Operating Officer
**National Commercial Services dba NCS**
Van Nuys, CA 91406
Telephone: 818-701-4400, ext#102
Facsimile: 818-701-4413
E-Mail: natalie@ncssubro.com

                                                                                                                                             \_/s/ Todd Wooten _____