# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| RUSSELL LENAHAN<br><br>Plaintiff,<br><br>-against-<br><br>NATIONAL COMMERCIAL SERVICES, INC. a/k/a NCS LEGAL SERVICES<br><br>Defendant. | Civil Action No. 4:15-cv-00084 JM<br><br>**MOTION TO DISMISS WITH PREJUDICE** |

## **MOTION TO DISMISS WITH PREJUDICE**

**COMES NOW** the Plaintiff, Russell Lenahan, by and through his attorneys, and for his Motion to Dismiss with Prejudice, states:

1. Pursuant to Fed. R. Civ. Pro. 41, Plaintiff hereby moves to dismiss this matter with prejudice and without costs to any party.

**WHEREFORE**, Plaintiff prays the Court grant his motion and dismiss this matter with prejudice and without costs to any party.

Dated: March 26, 2015

    Respectfully submitted,

    By:/s/ ToddWooten_____
    Todd Wooten, Esq.   ABN 94034
    **WOOTEN LAW FIRM**
    2226 Cottondale Lane, Suite 210
    Little Rock, Arkansas 722202
    Telephone: (501) 218-6064
    todd@wootenlaw.net

and

By: /s/ J.R. Andrews
    J.R. Andrews, Esq.   ABN 92041
    Attorney at Law
    2014 Martha Drive
    Little Rock, Arkansas 72212
    Telephone: (501) 680-3634
    jrandrewsatty@yahoo.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on this 26th day of March, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following: J.R. Andrews, Esq., and I hereby certify that I have e-mailed the document to the following non CM/ECF participants::

Natalie Mansour-White
Senior Vice President & Chief Operating Officer
**National Commercial Services dba NCS**
Van Nuys, CA 91406
Telephone: 818-701-4400, ext#102
Facsimile: 818-701-4413
E-Mail: natalie@ncssubro.com

    /s/ Todd Wooten