IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RUSSELL LENAHAN**                                                                                 **PLAINTIFF**

V.                                          **4:15CV00084 JM**

**NATIONAL COMMERCIAL SERVICES,
INC. a/k/a NCS LEGAL SERVICES**                                       **DEFENDANT**

## ORDER OF DISMISSAL

The Court has been notified by the parties that this action has been settled.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice. The Court retains complete jurisdiction for sixty (60) days for purposes of enforcing the settlement agreement.

Dated this 30th day of March, 2015.

_____
James M. Moody Jr.
United States District Judge